SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:    (415) 436-6888
 Fax:          (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and ANASTASIA STATHAKIS, Revenue Agent, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>MARIA L. LUNA, )<br>)<br>Respondent. )<br>_____ ) | NO.  C-07-04062-SBA<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

CLERK'S NOTICE - Efiled August 10, 2007

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

1  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
2  the designated area for outgoing U.S. mail in accordance with this office's practice.
3  ____   **PERSONAL SERVICE (BY MESSENGER)**
4  ____   **FACSIMILE (FAX)** No.: _____
5  to the parties addressed as follows:
6  Maria Luna
   121 Lisbon Street
7  San Francisco, CA 94112
8       I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.
10      Executed on **September 17, 2007** at San Francisco, California.

                                      /s/ Kathy Tat
                                  **KATHY P. TAT**
                                  **Legal Assistant**

**SERVICE LIST**

1

2  Glen L. Moss
   Moss & Murphy
3  1297 "B" Street
   Hayward, California 94541

4
   Michael Louis Withem
5  Reosenthal Withem & Zeff
   16027 Ventura Blvd., Suite 201
6  Encino, California 91436-2763

7  Claude Flanklin Kolm
   Alameda County Tax Collector
8  1221 Oak Street, Suite 450
   Oakland, California 94612-4296

9
   Herbert Leopold
10 22596 Northview Drive
   Hayward, California 94541

11
   Paulette E. Bass
12 23066 Maud Avenue
   Hayward, California 94541

13
   Diana Haskin
14 aka Diana Haskin-Bass
   330 Helena Court
15 Oakley, California 94561

16 Royce L. Walker
   3218 Jamie Way
17 Hayward, California 94541

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C-07-04062-SBA                                3