```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
6    Telephone:  (415) 436-6888
     Fax:        (415) 436-6748
7
   Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and ANASTASIA STATHAKIS, Revenue Agent, <br><br> Petitioners, <br><br> v. <br><br> MARIA L. LUNA, <br><br> Respondent. | NO.  C-07-04062-SBA <br><br><br><br><br><br> **APPLICATION AND** <br> **ORDER OF DISMISSAL** |

Petitioners United States of America and Anastasia Stathakis hereby advise the Court that they no longer seek enforcement of the Internal Revenue Service summons that is the subject of this action and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SCOTT N. SCHOOLS
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

**O R D E R**

_____Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____ day of October, 2007, at Oakland, California.

_____
UNITED STATES DISTRICT JUDGE