SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-6888
  Fax:        (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and ANASTASIA STATHAKIS, Revenue Agent,** )<br>)<br>)   Petitioners,   )<br>)<br>v.   )<br>)<br>**MARIA L. LUNA,** )<br>)<br>   Respondent.   ) | NO. C-07-04062-SBA<br><br><br><br><br><br><br>**APPLICATION AND<br><u>ORDER OF DISMISSAL</u>** |

     Petitioners United States of America and Anastasia Stathakis hereby advise the Court that they no longer seek enforcement of the Internal Revenue Service summons that is the subject of this action and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /s/ David L. Denier
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division

**O R D E R**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __10th__ day of October, 2007, at Oakland, California.

*[signature: Saundra B. Armstrong]*
UNITED STATES DISTRICT JUDGE